UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1-09-cr-98 |
| v. ) | |
| ) | Judge Mattice |
| RYAN SHARP ) | |

## ORDER

United States Magistrate Judge William B. Mitchell Carter filed his report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(a) [Court Doc. 424] . Neither party filed objections within the given 14 days.

After reviewing the record, the Court agrees with Magistrate Judge Carter's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 59(a).

Accordingly, the Court **ORDERS** that the Motion to Suppress Evidence [Court Doc. 384] and Motion of Defendant to Disclose Name of Confidential Informants and Brief in Support [Court Doc. 384] be **DENIED**.

SO ORDERED this 7th day of April, 2010.

                                              */s/Harry S. Mattice, Jr.*
                                              HARRY S. MATTICE, JR.
                                              UNITED STATES DISTRICT JUDGE